IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERRICK LAMONT RUSSELL                                              PLAINTIFF

v.                                  No. 4:26-cv-420-DPM

AARON MARTIN, Investigation Officer,
Little Rock Police Department;   MELANIE
MARTIN, Circuit Judge, 3rd Division,
Little Rock Circuit Court;   LUKE
DANIELS, Prosecuting Attorney, Little
Rock;   and LATONYA HONORABLE,
Circuit Judge, 5th Division, Little Rock
Circuit Court                                                      DEFENDANTS

ORDER

1.      Russell's application to proceed *in forma pauperis* is incomplete.   Neither the certificate nor calculation sheet are complete or signed.  *Doc. 4*;   28 U.S.C. § 1915(a)(2).   His application, *Doc. 1*, is therefore denied without prejudice.

2.      Russell must submit a completed application and certified calculation sheet by 12 June 2026.   If he doesn't, then the Court will dismiss his complaint without prejudice.   LOCAL RULE 5.5(c)(2).   If the Court grants Russell's permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account.   28 U.S.C. § 1915(b).

3.     The Court directs the Clerk to mail Russell an *in forma pauperis* application with a copy of this Order.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 May 2026