## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DERRICK LAMONT RUSSELL                                        PLAINTIFF

v.                              No. 4:26-cv-420-DPM

AARON MARTIN, Investigation Officer,
Little Rock Police Department;  MELANIE
MARTIN, Circuit Judge, 3rd Division,
Little Rock Circuit Court;  LUKE
DANIELS, Prosecuting Attorney, Little
Rock;  and LATONYA HONORABLE,
Circuit Judge, 5th Division, Little Rock
Circuit Court                                               DEFENDANTS

### JUDGMENT

Russell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 June 2026